IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO.

MICHAEL L. FLOYD,

Plaintiff.

vs.

Broward County Sheriff Department
and John Doe, Deputy Officers,

Defendant.
_____/

**JURY TRIAL DEMANDED**

## COMPLAINT FOR FOURTH AMENDMENT VIOATIONS, EXCESSIVE FORCE, ASSAULT AND BATTERY

### INTRODUCTION

1. This is a complaint for damages against the Broward County Sheriff Department for the violation of Plaintiff's constitutional and common law rights. Plaintiff alleges that John Doe officers of the Broward County Sheriff Department used excessive force and committed assault and battery against Plaintiff while Plaintiff was in custody in the Main Central intake facility in Broward County. Broward County Sheriff Department is liable for its custom and practices of permitting and encouraging such acts. The John Doe, deputy officers of Broward County have been encouraged to believe that they could violate Plaintiff's constitutional rights by taking such act.

## JURISDICTION

2. The court has jurisdiction of this action under 42 U.S.C. § 1983 and 28 U.S.C. § 1343. Jurisdiction is further invoked pursuant to 28 U.S.C. § 1331.

## PARTIES

3. Plaintiff, MICHAEL L. FLOYD, is a U.S. citizen and resident of the State of Florida, Broward County.

4. Defendant, John Doe deputy officers of the Broward County Sheriff's Department and others not presently known to the Plaintiff were at all times material to this complaint duly appointed police officers of the Broward County Sheriff's Department. At all times material to this complaint, these defendants acted toward plaintiff under the color of the statute, ordinances, customs, and usage of the State of Florida, Broward County and the Broward County Sheriff's Department.

5. Plaintiff sues all defendants in their individual capacities.

6. All acts material to this action occurred in Broward County, Florida.

7. Plaintiff is ignorant of the true name and capacities of defendants sued here as John Doe officers, inclusive and therefore sues said defendants by such fictitious names. Plaintiff will amend the complaint to allege true names and capacities when ascertained. Plaintiff believes and alleges that each of the John Doe defendants is legally responsible and liable for the incidents, injuries and damages hereinafter set forth. Each defendant proximately caused injuries and damages because of their negligence, breach of duty, negligent supervision, management or control and violation of public policy. Each defendant is liable for his or her personal conduct, vicarious or imputed negligence, or

breach of duty whether severally or jointly, or whether based upon agency, employment, ownership, entrustment, custody, care or control or upon any other act or omission. Plaintiff will ask leave to amend this complaint subject to further discovery.

8.  In doing such acts alleged herein, defendants, each of them acted within the course and scope of their employment.

9.  In doing the acts and/or omissions alleged herein, defendants and each of them acted under color of authority and/or under color of law.

10.  Due to the acts and/or omissions alleged herein, defendants and each of them acted as the agent, servant, employee and/or in concert with each of said other defendants herein.

11.  Defendant Broward County is at all times herein a county organized and existing under the laws of the State of Florida.

12.  At all times the John Doe defendants are employees and are being sued in an individual and official capacity as deputies of the Broward County Sheriff Department.

**FACTS**

13. On August 22, 2014, Plaintiff was arrested by Detective Guerra and Geiger in Fort Lauderdale, Florida.

14. After said arrest Plaintiff was held in custody at the Broward County Main Jail Central Intake.

15. During this incarceration while under the supervision of Broward Sheriff's Office and John Doe defendants, Plaintiff was assaulted, battered and excessive force was used on Plaintiff by the John Doe defendants.

Complaint
Floyd v. Broward County Sheriff
Page 4 of 8

16. During Mr. Floyd's incarceration John Doe defendants escorted Mr. Floyd to a separate cell.

17. Once in this separate cell a number of John Doe defendants sprayed Mr. Floyd with pepper spray and then assaulted him with numerous kicking and punching to the face and body.

18. During this assault Mr. Floyd was handcuffed and shackled.

19. Due to this assault and battery Mr. Floyd suffered several physical injuries and mental anguish.

20. Mr. Floyd received treatment at Broward General Hospital once released from the jail for said injuries.

## COUNT I

### (Assault and Battery)

PLAINTIFF sues John Doe Defendants and alleges:

21. Plaintiff realleges the allegations of Paragraphs 1 through 20 as if fully set out as to this Count.

22. John Doe defendants as Deputies of the Broward Sheriff's Department acting in the course and scope of their employment did batter, strike and touch Plaintiff without the consent of Plaintiff and against his will.

23. As a result of these actions Plaintiff suffered numerous damages.

WHEREFORE Plaintiff demands judgment against John Doe defendants for compensatory damages and costs of this action and demands a jury trial of all issues so triable.

## COUNT II

### (Excessive Force)

Plaintiff sues John Doe Defendants and alleges:

24. The allegations of paragraphs 1 through 23 are realleged as if fully set out herein.

25. John Doe, defendants as deputies of the Broward County Sheriff's Department acting in the course and scope of employment did use excessive force in their conduct of their activities on August 22, 2014 against Plaintiff while incarcerated in the Main Central facility of the Broward County Jail.

26. As a result of the actions the plaintiff has suffered numerous damages which include bodily injuries and/or physical suffering; physical inconvenience; physical discomfort; medical expense; loss of time; mental suffering, embarrassment, humiliation, disgrace, and injury to his feelings and reputation; the emotional damage and reputation damage are continuing to this day and are likely to continue in the future.

WHEREFORE, Plaintiff demands judgment against John Doe defendants for compensatory damages and costs of this action and demands a jury trial of all issues so triable.

## COUNT III

### (Violation of Fourth Amendment of the U.S. Constitution)

Plaintiff sues John Doe Defendants and alleges:

27. The allegations of paragraphs 1 through 26 are realleged as if fully set out herein.

28. John Doe defendants' above-described conduct violated the Plaintiff's rights as provided under the Fourth Amendment to the United States Constitution to be free from excessive and/or arbitrary and/or unreasonable use of excessive force against him.

29. As a result of the actions of John Doe defendants, Plaintiff suffered damages which include physical suffering; physical inconvenience; physical discomfort; aggravation of an existing medical condition; expense of medical care and treatment. loss of time; mental suffering, embarrassment, humiliation, disgrace, and injury to his feelings

6

and reputation; the emotional damage and damage to Plaintiff's reputation and health are continuing to this day and are likely to continue in the future.

WHEREFORE Plaintiff demands judgment against John Doe defendants for compensatory damages and costs of this action and requests a jury trial of all issues so triable.

## COUNT IV

### (Deliberate Indifference to Medical Needs)

30. The allegations of paragraphs 1 through 26 are realleged as if fully set out herein.

31. Plaintiff was entitled to receive necessary medical attention while in the care and custody of the John Doe, defendants of the Broward County Sheriff Department.

33. In doing the acts complained within, John Doe defendant's, each of them acted under the color of the state laws deprived the Plaintiff of needed medical care in violation of his rights under the Due Process Clause of the Fourteenth Amendment.

WHEREFORE Plaintiff demands judgment against John Doe defendants for compensatory damages and costs of this action and requests a jury trial of all issues so triable.

Respectfully submitted,

LAW OFFICE OF JERRY D. HAYNES, P.A.
12550 Biscayne Blvd., Suite 800
Miami, FL 33181
Telephone:    786-431-2870
Fax:              888-394-2840

Complaint
Floyd v. Broward County Sheriff
Page 8 of 8

FLORIDA BAR NO. 935951

*[signature]*

_____

Jerry D. Haynes, Esq.